[No. 59097-9-I. Division One. October 15, 2007.]

DAVID HORST ET AL., *Plaintiffs*, V. DAVID P. FINNIGAN ET AL., *Appellants*, ROBERT JORGENSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-02926-7, Ira Uhrig, J., entered October 27, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Agid and Dwyer, JJ.

[No. 59433-8-I. Division One. October 15, 2007.]

*In the Matter of the Parentage of* L.B.-M.

THE STATE OF WASHINGTON, *on the Relation of L.B.-M.*, *Plaintiff*, V. THOMAS LENARD MCLEMORE ET AL., *Respondents*, ZELMA ELAINE MCLEMORE, *as Custodian, Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-5-02121-3, Laura Gene Middaugh, J., entered December 19, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

[No. 34046-1-II. Division Two. October 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. C.C., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-8-01323-8, Rosanne Buckner, J., entered October 21, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 34833-1-II. Division Two. October 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SINE LAUREE TVEIT, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00476-1, Kenneth D. Williams, J., entered April 21, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.